KELLY H. DOVE, ESQ. (Nevada Bar No. 10569)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
kdove@swlaw.com

Frank C. Cimino, Jr. (*Admitted Pro Hac Vice*)
Megan S. Woodworth (*Admitted Pro Hac Vice*)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: 202.344-4569
Facsimile: 202.344-8300
mswoodworth@venable.com
fccimino@venable.com

*Attorneys for Defendant Cellco Partnership*
*d/b/a Verizon Wireless*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VOIP-PAL.COM INC., | Case No. 2:16-cv-00271-RCJ-VCF |
| Plaintiff, | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T CORP.,; and DOES I through X, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

- 1 -

Kelly H. Dove, Esq., of SNELL & WILMER L.L.P., hereby requests the removal of Chad Fears, Esq. from the CM/ECF Service List because Mr. Fears left the law firm of Snell and Wilmer L.L.P. on March 24, 2017; therefore, he no longer represents Cellco Partnership d/b/a Verizon Wireless in the above-referenced case.

Dated:  February 27, 2018.                    SNELL & WILMER L.L.P.


By: */s/ Kelly H. Dove*
    KELLY H. DOVE, ESQ.
    Nevada Bar No. 10569
    SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada  89169
    Telephone:  702.784.5200
    Facsimile:  702.784.5252

    Frank C. Cimino, Jr. (Admitted Pro Hac Vice)
    Megan S. Woodworth (Admitted Pro Hac Vice)
    Venable  LLP
    600 Massachusetts Ave., NW
    Washington, D.C. 20001
    Telephone:  202.344-4569
    Facsimile:  202.344-8300

    Attorneys for Defendant Cellco Partnership
    d/b/a Verizon Wireless


**O R D E R**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___2-28-2018_____

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

4822-7133-8334