Kelly H. Dove, Esq. (Nevada Bar No. 10569)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
kdove@swlaw.com

Frank C. Cimino, Jr. (Admitted *Pro Hac Vice*)
Megan S. Woodworth (Admitted *Pro Hac Vice*)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: 202.344.4569
Facsimile: 202.344.8300
mswoodworth@venable.com
fccimino@venable.com

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

Kevin N. Malek (*pro hac vice*)
MALEK MOSS PLLC
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

Kurt R. Bonds
Nevada Bar No. 6228
Adam R. Knecht
Nevada Bar No. 13166
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com

*Attorneys for Plaintiff VoIP-Pal.com, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>CELLCO PARTNERSHIP d/b/a Verizon Wireless,<br><br>   Defendant. | Case No. 2:16-cv-00271-RCJ-VCF<br><br>**STIPULATION AND ORDER TRANSFERRING THE CASE TO THE NORTHERN DISTRICT OF CALIFORNIA** |

Plaintiff VoIP-Pal.com ("Plaintiff" or "VoIP-Pal") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") agree and stipulate as follows:

WHEREAS Verizon filed on August 17, 2018, a Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a) [Dkt. No. 72]. The Motion to Transfer is fully briefed as of September 11, 2018. VoIP-Pal no longer opposes Verizon's Motion to Transfer;

WHEREAS VoIP-Pal filed a lawsuit against Twitter, Inc. in this District asserting the same patents as are asserted in this litigation. *Voip-Pal.com, Inc. v. Twitter, Inc.*, No. 2:16-cv-02338-RFB-CWH (D. Nev.). The *Voip-Pal v. Twitter* case was transferred to the Northern District of California on July 23, 2018;

WHEREAS VoIP-Pal has also filed lawsuits against AT&T Corp., Apple Inc., and

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

Amazon.com, Inc. in this District. *VoIP-Pal.com, Inc. v. AT&T, Inc.*, No. 2:18-cv-01129-RCJ (D. Nev.); *VoIP-Pal.com, Inc. v. Apple, Inc.*, Case No. 2:16-cv-00260-RFB-VCF (D. Nev.); *Voip-Pal.com, Inc. v. Amazon.com, Inc. et al.*, No. 2:18-cv-01076-MMD-VCF (D. Nev.). The cases involve similar allegations as this case. VoIP-Pal consents to transfer of the *AT&T Corp.*, *Apple Inc.*, and *Amazon.com, Inc.* cases to the Northern District of California.

IT IS HEREBY STIPULATED that this case is transferred to the United States District Court for the Northern District of California. The Clerk of Court shall close this case in this District.

This Stipulation is filed in good faith and is not intended to cause unnecessary delay. The convenience of the parties and witnesses favors transfer to the Northern District of California. And because the *Twitter, Inc.* case was transferred to California, and VoIP-Pal consents to transfer of the *AT&T Corp.*, *Apple Inc.*, and *Amazon.com, Inc.* cases, it would be efficient for the parties and the Court to also transfer this case. There is thus good cause to transfer the case to the Northern District of California.

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

| | |
|---|---|
| Dated: September 28, 2018 | Dated: September 28, 2018 |
| MALEK MOSS PLLC | SNELL & WILMER |
| /s/ Kevin N. Malek<br>Kevin N. Malek (*Pro Hac Vice*)<br>340 Madison Avenue, FL 19<br>New York, New York 10173<br>(212) 812-1491<br>kevin.malek@malekmoss.com | */s/ Megan S. Woodworth*<br>Kelly H. Dove<br>Nevada Bar No. 10569<br>3883 Howard Hughes Pkwy # 1<br>Las Vegas, NV 89169<br>(702) 784-5200<br>kdove@swlaw.com |
| ALVERSON, TAYLOR,<br>MORTENSEN & SANDERS<br>Kurt R. Bonds<br>Nevada Bar No. 6228<br>Adam R. Knecht<br>Nevada Bar No. 13166<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br>(702) 384-7000<br>efile@alversontaylor.com | Frank C. Cimino, Jr. (Admitted *Pro Hac Vice*)<br>Megan S. Woodworth (Admitted *Pro Hac Vice*)<br>VENABLE LLP<br>600 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Telephone: 202.344.4569<br>Facsimile: 202.344.8300<br>mswoodworth@venable.com<br>fccimino@venable.com<br><br>*Attorneys for Defendant Cellco Partnership<br>d/b/a Verizon Wireless* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: This 1st day of October, 2018.